IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 01-CR-276-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID LUNA,

    Defendant.
_____

**MINUTE ORDER**
_____

The following Minute Order is entered by Judge Walker D. Miller:

Hearing on the supervised release violation will be held **December 1, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 14, 2010

                                          Jane Trexler, Judicial Assistant