# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  01-cr-00276-WDM-01 |
| | USM Number:  30513-013 |
| DAVID LUNA | Matthew Golla, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2 and 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 8/9/10 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violation 3 and is discharged as to such violation.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

 

    December 1, 2010
    Date of Imposition of Judgment

    s/ Walker D. Miller
    Signature of Judge

    Walker D. Miller, Senior U.S. District Judge
    Name & Title of Judge

    December 7, 2010
    Date

DEFENDANT:  DAVID LUNA
CASE NUMBER:  01-cr-00276-WDM-01                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report to the Probation Officer as Directed | 9/1/10 |
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Counseling) | 8/31/10 |

DEFENDANT:  DAVID LUNA
CASE NUMBER:  01-cr-00276-WDM-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months.  No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit defendant with time served in official detention prior to revocation of supervision.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal